No. 03–6433. MOORE v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 03–6434. PHILLIPS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–6438. SUTTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–6439. SCHWINDLER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–6445. JACKSON v. CADDO CORRECTIONAL CENTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–6446. LINDSEY v. BENJAMIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6449. COLLINS v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6466. CRUZ v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 03–6468. TURNER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–6471. MALLORY v. OHIO UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6473. KEENAN v. WOODFORD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6475. PANETTI v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6476. McALLISTER v. SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6484. GREGORY-BEY v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.